✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2018

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pena, Dorothy Mae | Docket No. | 0980 2:18CR00138-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dorothy Mae Pena, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 30th day of August 2018, under the following conditions:

<u>Additional  Conditions of Release # 31</u>: Defendant shall abide by any conditions or orders of any other Court or jurisdiction, and shall inform Pretrial Services and her attorney of obligations imposed by any other Court.

<u>Standard Condition #6:</u> Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1:</u> Ms. Pena is in violation of her pretrial release conditions by failing to abide by federal pretrial release condition number 31, by having contact with her husband/codefendant on October 20, 2018, which is in violation of  Spokane County Superior Court  (case #18-1-02323-9) conditions of release.

Conditions of release were signed by the defendant on October 1, 2018, in the District of Idaho acknowledging an understanding of her requirements, to include condition #31.

<u>Supporting Evidence:</u>
According to Spokane County Sheriff's Office police report dated October 20, 2018, the defendant and her husband/codefendant were contacted by Spokane County sheriff's deputies on a traffic stop.  Per the report, the defendant and her husband were driving in a vehicle with the headlights off.   A traffic stop was initiated.   The defendant's husband/codefendant was driving the vehicle and after officers ran a records check on him, he was ultimately taken into custody for driving while license suspended, third degree.  During the contact with the defendant and her husband, Spokane County sheriff's deputies were advised the defendant had an active felony warrant for her arrest for weapons charges. According to the report, she was removed from the vehicle and detained.  After conducting a records check on the defendant, she was ultimately released as the warrant was not valid.

On October 26, 2018, this officer received an email from United States Probation Officer Thompson with the District of Idaho stating she was contacted by an Alcohol Tobacco and Firearms (ATF) agent advising  the defendant was arrested the night of October 25, 2018,  for violating her state conditions of release.   According to her state conditions of release, she is not to have contact with her husband.

<u>Violation #2:</u> Ms. Pena is in violation of her pretrial release conditions by failing to report to the Idaho probation office as directed on October 24, 2018.

Conditions of release were signed by the defendant on October 1, 2018, in the District of Idaho acknowledging an understanding of her requirements, to include condition #6.

<u>Supporting Evidence:</u>
According to United States Probation Officer (USPO)Thompson, on October 24, 2018, she was contacted by an Alcohol, Tobacco and Firearms (ATF) agent stating the defendant had law enforcement contact over the weekend and her

PS-8

**Re: Pena, Dorothy Mae**
**October 29, 2018**
**Page 2**

husband/codefendant was arrested.  The  ATF agent provided USPO Thompson with a police report surrounding the contact (see violation #1).  Per USPO Thompson, on October 24, 2018,  she then  left a voice message for the defendant to contact her and report to the office this same date by 4 p.m.  USPO Thompson stated the defendant did not report nor return her phone call.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:  October 29, 2018 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

October 29, 2018
_____
Date